In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-394 CR


NO. 09-06-395 CR


____________________



JAMIE R. PATTERSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause Nos. 17,226 and 17,227






MEMORANDUM OPINION


 Jamie R. Patterson appeals from sentences pronounced August 16, 2005. His notices
of appeal were filed with the trial court on September 5, 2006, more than thirty days from the
date of sentencing. We notified the parties that the appeal did not appear to have been timely
filed, but received no reply. The Court finds the notice of appeal was not timely filed. Tex.
R. App. P. 26.2. No extension of time was timely requested pursuant to Tex. R. App. P. 26.3. 
It does not appear that appellant obtained out-of-time appeals from the Court of Criminal
Appeals. The Court finds it is without jurisdiction to entertain these appeals. Accordingly,
the appeals are dismissed for want of jurisdiction.

 APPEALS DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered November 15, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.